AO 243
REV 6/82

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | U.S. District Court Dist. of Mass. | |
|---|---|---|
| Name of Movant<br>Ramon Pineda | Prisoner No.<br>76109 | Docket No. |
| Place of Confinement<br>York County Prison, 3400 Concord Rd.,York,Pa. 17402-9607 | | |

04 10153 RGS

(include name upon which convicted)

UNITED STATES OF AMERICA        V.        **Ramon Pineda**  CASE NO 98-10048RGS
(full name of movant)

MOTION

MAGISTRATE JUDGE Cohen

1. Name and location of court which entered the judgment of conviction under attack <u>U.S. DISTRICT COURT of</u> <u>Massachusetts- One Courthouse Way, Boston, MA 02210 Docket#98.10048. R.G.S.</u>

2. Date of judgment of conviction <u>August 21st-2001</u>

3. Length of sentence <u>Five years and 10 months (70 months)</u>

4. Nature of offense involved (all counts) <u>Illegal Re-entry of Deported Alien (one count)</u>

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   <u>Re-entry was guilty plea (bargain)</u>

   <u>Cambridge Superior Court Docket #94.183802-- not guilty</u>

   <u>Chelsea District Court Assault & Battery D.W- not guilty</u>

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☑

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

N/A  N/A

SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED

TOM
1-23-04

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court U.S. COURT of Appeal for the First Circuit District of Massachusetts

   (b) Result No result (Defendant was transferred by B.O.P. to F.C.I. Mckean

   (c) Date of result None

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court U.S Court of Appeal for the First Circuit District of Massachusetts

     (2) Nature of proceeding "Unconstitutional reentry all events

     (3) Grounds raised Ineffective Assistance of Counsel

     Counsel's Letter of Intimidation, Ineffective of Medical Assistance

     Letter asking to review P.S.I., Letter to request Investigation of Illegal

     Re-entry when sentenced on 9-21-2001 at U.S. Court of Appeals

     (You can see the attached exhibits 1-2-3-4).

     (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

     (5) Result None

     (6) Date of result 9-21-2001 defendant was transferred to F.C.I. Mckean (none)

   (b) As to any second petition, application or motion give the same information:

     (1) Name of court None

     (2) Nature of proceeding

     (3) Grounds raised

AO 243
REV 6/82

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐ No ☒

    (5)  Result _____

    (6)  Date of result _____

  (c)  As to any third petition, application or motion, give the same information:

    (1)  Name of court  None  (N/A) _____

    (2)  Nature of proceeding _____

                               _____

    (3)  Grounds raised _____

                                _____

                                _____

                                _____

                                _____

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐ No ☐

    (5)  Result _____

    (6)  Date of Result _____

  (d)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application
      or motion?
    (1)  First petition, etc.     Yes ☐ No ☐
    (2)  Second petition, etc.   Yes ☐ No ☐
    (3)  Third petition, etc.    Yes ☐ No ☐
  (e)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    _____

    _____

    _____

12.  State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting
   each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a
   later date.
     For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each
   statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have
   other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which
   you based your allegations that you are being held in custody unlawfully.
     Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The
   motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
  (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of
     the nature of the charge and the consequences of the plea.
  (b)  Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Conviction obtained by plea of guilty, which was unlawful induced or not made voluntarily or with the understanding of the charge.

Supporting FACTS (tell your story *briefly* without citing cases or law: U.S. District Court appointed counsel Ms. Sara Jennings Hunt did coerce defendant on his plea agreement. Ms. Hunt had told the defendant he can sign the plea without defendant's voluntarily. Counsel made the defendant sign the guilty plea threatened him in conserning the I.N.S. evidence. It had become against defendant's rights. Pursuant under Federal Criminal Procedure Rules.

B. Ground two: Conviction obtained by guilty plea obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to defendant

Supporting FACTS (tell your story *briefly* without citing cases or law): U.S. District Counsel Ms. Hunt intimidated defendant when counsel told the defendant to sign the plea-agreement, when defendant was on disagreement with counsel's argument concerning defendant's criminal history record it is an increase in the Federal guide line range. Level category of the "Down Deaparture" and it needs to be reviewed carefully for the counsel argument without merits.

C. Ground three: Denial of effective assistance of counsel
(See the attached exhibits A-B-C-D )

Supporting FACTS (tell your story *briefly* without citing cases or law): Ms. Hunt had threaten defendant in concerning defendant's appeal in the U.S. Court of Appeals for the First Circuit, District of Massachusetts; counsel sent defendant several enclosed letters with threaten intimidation advices on harrasment on defendant's relatives; defendant filed the leeters himself to the U.S

AO 243
REV 6/82

Court of Appeals for the First Circuit, District of Massachusets, request

ing a Federal investigation in concerning matters.

D. Ground four: Conviction obtained by a violation of the Protection against

Double Jeopardy

Supporting FACTS (tell your story *briefly* without citing cases or law): U.S. District Court

re-entry's Federal Criminal Procedure Rules against defendant's right

in concerning the State Court's convictions that it is pursued in the

defendant's deportation proceedings.  It's State convictions of the Chelsea

District Court, Assault&Battery with dangerous weapon; The Cambridge

Superior Court case docket #94-183802; both convictions are accounted in

the defendant's deportation proceedings, prosecution against Double Jeopardy

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: In the U.S. District Court's plea agree-

ment, defendant excepted responsabilty for reentry for 57 months.  During the

sentencing session the U.S. District Judge ordered the defendant to be sentenced

for 5 years time served plus 10 months in B.O.P.  Sentencing was argued by Counsel

for defendant for downward departure for 2 levels but still sentenced to 70 months

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing MR. Owens S. Walker

Federal Defender Office, U.S. District Court, District of Massachusetts.

(b) At arraignment and plea MR. Owens S. Walker

(c) At trial MS. Sarah Jennings Hunt, 99 Lexington St. Cambridge, Massachusetts 02138

(d) At sentencing

(6)

243
REV 6/82

(e) On appeal <u>MR. Mark L. Stevens  5 Manor Parkway, Salem, NH 03070 #(603)893-0074</u>

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding <u>Cambridge Superior Court</u>

<u>case docket #94-183802, Chelsea District Court -assult&battery MR.Roberth</u>
O'meara P.O. Box 5952    Boston, Massachusetts 02114  (978) 532-2180

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

<u>1 - 2 - 2004</u>
(date)

_____
Signature of Movant
Pro. Se