UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RAMON PINEDA,
    Petitioner

v.               CIVIL ACTION NO. 04-10153-RGS

UNITED STATES OF AMERICA,
    Respondent

## O R D E R

STEARNS, DJ.                FEBRUARY 13, 2004

PURSUANT TO RULE 4(b) OF THE RULES GOVERNING SECTION 2255 CASES, THE CLERK OF THIS COURT IS HEREBY ORDERED TO SERVE A COPY OF THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY UPON THE OFFICE OF THE UNITED STATES ATTORNEY.

IT IS FURTHER ORDERED THAT THE RESPONDENT SHALL, <u>WITHIN 20 DAYS OF RECEIPT OF THIS ORDER,</u> FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

SO ORDERED.    */s/ Richard G. Stearns*
                                 UNITED STATES DISTRICT JUDGE