UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| RAMON PINEDA | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-10153-RGS |
| | ) | |
| UNITED STATES | ) | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

The United States of America, by United States Attorney Michael J. Sullivan and Assistant United States Attorney James Lang, respectfully moves for an additional forty-five days within which to file its response as respondent to the petitioner's motion to vacate, set aside, or correct his sentence (hereinafter, "the petition"). As reasons therefore, the undersigned states as follows:

1. On February 13, 2004, the Court issued an order directing the Clerk of the District Court to serve a copy of the petition on the government and directing the government to file a responsive pleading within twenty days thereafter. As a consequence of such order, the petition was served on the government on February 20, 2004 and its response thereto is due on March 11, 2004.

2. I received a copy of the Court's order last week, it having apparently been belatedly redirected to me from the Civil Division of the United States Attorney's Office. The underlying criminal case was assigned to an Assistant United States Attorney

who is no longer with the office. Consequently, I must now assign the matter to a new Assistant United States Attorney.

3. I have requested that the case file from the underlying criminal case be retrieved from our office's archives but have not yet received it.

4. Upon receipt of the case file, it will take some additional time for the newly-assigned prosecutor to research and draft a response.

5. The petitioner is serving a 70 month sentence of incarceration that was imposed on August 21, 2001. Consequently, he still has nearly one half of his sentence to serve.

WHEREFORE, for good cause shown, the government respectfully requests that the within motion be allowed and that the Court extend by sixty days, to April 26, 2004, the time within which the government must respond to the petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James Lang
JAMES LANG
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                  Boston, Massachusetts
                                              March 11, 2004

    I, James Lang, Assistant U.S. Attorney, do hereby certify that I have served by mail a copy of the Government's Motion to Enlarge Time Within Which to Respond to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence on Ramon Pineda Salgado, Pro Se, York County Prison, 3400 Concord Road, York, PA 17402-9007.

                                              /s/ James Lang
                                            JAMES LANG
                                            Assistant U.S. Attorney