UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAMON PINEDA | ) | |
| | ) | |
| v. | ) | CIVIL No. 04-10153-RGS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves this Court to enter an appearance for Seth P. Berman as attorney for the United States.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

DATED:     April 23, 2004