UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10153-RGS

RAMON PINEDA

v.

UNITED STATES OF AMERICA

MEMORANDUM ORDER ON
DEFENDANT'S 18 U.S.C. § 2255 PETITION

May 20, 2004

STEARNS, D.J.

The petition will be DENIED, essentially for the reasons stated in the government's Memorandum of April 23, 2004. The issues presented have either been previously litigated (unsuccessfully) on appeal,[1] or are presented in so vague and imprecise a manner as to defy comprehension, or state fanciful theories of law (such as the supposed jurisdiction of this court to invalidate criminal judgments entered by the Massachusetts District and Superior Courts). The claim of ineffective assistance of counsel (which is the claim most clearly expressed) is premised on an allegedly coerced guilty plea (an argument previously rejected by the First Circuit) or on counsel's failure to convince the court to impose the sentence that petitioner believed appropriate. See United States v. LaBonte, 70 F.3d 1396, 1413 (1st Cir. 1995) (an inaccurate prediction of a petitioner's sentence will never by itself rise to the level of ineffective assistance).

---

[1] While the file on appeal is not before this court, petitioner's brief appears to be a recycled version of the brief he submitted to the First Circuit. See United States v. Pineda, 57 Fed. Appx. 4, 2003 WL 132986 (1st Cir. (Mass.)).

## ORDER

For the foregoing reasons, the Petition is <u>DISMISSED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE