

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RAMON PINEDA

V.                                                        CIVIL ACTION NO. 04-10153-RGS

UNITED STATES OF AMERICA

## ORDER OF DISMISSAL

STEARNS, DJ.                                              MAY 21, 2004

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON MAY 20, 2004,

IT IS HEREBY ORDERED: THE 2255 PETITION TO VACATE, SET ASIDE OR CORRECT A SENTENCE IN THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE
                    BY:
                                        /s/ Mary H. Johnson
                                        Deputy Clerk