ATTN:                                                         DATED 5-17 04
                                                                         RAMON PINEDA
                                                                         #76109 Y.C.PRISON

MR,TONY ANASTAS

CLERK OF THE COURT FOR THE U.S. DISTRICT
FOR THE DISTRICT OF MASSACHUSETTS


JOHN J. MOAKLEY COURTHOUSE BULIDING
1 COURTHOUSE WAY
BOSTON MASSACHUETT ,02210

IN RE: UNITED STATES VS RAMON PINEDA
CIVIL NO 04-10153 R.G.S.

DEAR MR,CLARK;

      PLEASE FIND A LETTER IS COPY OF PETITIONER'S MOTION
FPR EXTERTION OF TIME TO RESPOND TO THE GOVERNMENTS
MEMORANDUM IN OPPOSITION TO DISMISS THIS INEFFECTIVE OF
COUNSEL REPRESANTATION MOTION PURSUANT UNDER 28 U.S.C.
SUBSEC 2255,THE (ATTACHED EXHIBIT TO APPOINT COUNSUL
MOTION ) THE SERTIFICATE OF SERVICE SERVED TO YOU NAME AND
ADDRESS TODAY 5 - 17 _____ 04
IF CAN, PLEASE BRING IN FRONT OF THE U.S. DISTRICT COURT JUDGE
ATTENTION THIS ISSUE TO FILE AND I AM WAITING FOR AN ANSWER,
THANK YOU FOR YOUR TIME AND ATTENTION ON THIS MATTER.
                                        SINCERLY

DATED 5-17- 04

                                  *Ramon Pineda Salgado*
                                  RAMON PINEDA #76109
                                  A-42-476-804 YORK COUNTY PRISON
                                  YORK,PA 17402

U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETS

RAMON PINEDA                    CIVIL NO,04-10153 RGS

   VS

UNITED STATES OF AMERICA


MOTION FOR EXTENTION OF TIME TO RESPONSE THE GOVERMENT'S MEMORANDUM IN PETITIONER'S OPPOSITION TO DISMISS THE 28. U.S.C. SUBSEC,2255 PETITION.


I AM RAMON PINEDA THE PETITIONER (PRO-SE) HEREIN BY PURSUANT TO FR.AP RULE 26(B) THE FEDERAL RULE OF APPELLATE PROCEDURE, MOVES THIS COURT TO EXTEND THE TIME FOR 30 DAYS FROM THIS DATE. FROM 5-23- 2004 TO 6-23- 2004 FOR TO RESPONSE THE GOVERMENT'S MEMORANDUM IN PETITIONER'S OPPOSITION TO DISMIS THIS INEFFECTIVE ASSISTANCE OF COUNSEL MOTION PURSUANT UNDER 28.U.S.C. SUBSEC,2255 MOTION
     IN SUPPORT OF THIS MOTION AND AS THIS SHOWING OF GOOD CAUSE FOR THE EXTENTION REQUIRED,I AM SHOWING AS FOLLOWS:

1) I AM PROSE IN AN LIMITED UNDERSTANDING OF THE ENGLISH LANGUAGE
2) I AM NOT LEARNED IN THE LAW
3) THE ISSUE ARE COMPLICATED
4) THE ACCESS TO THE LAW LIBRARY IS LIMITED HERE IN THIS YORK COUNTY PRISON AUTHORITIES(ONLY 30 MINUTES PER SESSION THREE TIMES A WEEK)
5) I HAVE SENTED AT YOUR US.DISTRICT COURT FOR THE LAWYER REPRESENTATION MOTION REQUEST, BECAUSE I AM NOT A LAWER, AND I NEED THE COURTS CAN APPOINT ME ONE FOR ARGUE THIS

INEFFECTIVE ASSISTAUCE OF COUNSUL MOTION PURSUANT UNDER THE 28,U.S.C. SUBSEC,2255(PLEASE SEE THE ATTACHED EXHIBIT OF THE ORIGINAL MOTION SENTENCE ON __1 - 2 - 2004__ ")
THEREFOR I AM PRAYING THAT THIS COURT SHOULD ALLOWE ME THE EXTENTION OF TIME TO RESEARCH THE LAW MADE THE BRIEF.

RESPECTFULLY YOURS TRULY

DATE 5-17- 2004

*Ramon Pineda Galardo*
RAMON PINEDA#76100
3400CONCORD rd
YORK,PA 17402

## CRTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS DAY SERVED UPON THE PERSON LISTED BELOW A COPY OF THE FOREGOING DOCUMENT BY DEPOSITING IN THE UNITED STATES MAIL A COPY OF SAME IN AN ENVALOPE BEARING SUFFICIENT POSTAGE FOR DELIVERY, TO;

CLERK OF THE COURT;

MR. Tony Anastas

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUETTS  JHON J. MOAKLEY COURTHOUSE BULIDING.
1 COURTHOUSE WAY
BOSTON MASS,02210

RESPECTFULLY SUBMITTED BY

Ramon Pineda Salgado
RAMON PINEDA 76109
YORK COUNTY PRISON
3400 CONCORD rd
YORK,PA 17402

CC
MICHAEL J.SULLIUAN
UNITED STATES ATTORNEY
SETH P. BERMAN
ASISTANT U.S. ATTORNEY OFFICE
DISTRICT OF MASSACHUSETTS
JHON J. MOAKLEY COURTHOUSE SUITE 9200
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210