UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

United States         )
                      )
vs                    )         Docket No. _____
                      )
Ramon Pineda          )
                      )
_____)

Case Docket No-98-10048 R.G.S.

## MOTION FOR APPOINTMENT OF FEDERAL COUNSEL

Now comes the Defendant, Ramon Pineda  pro - se    pursuant to Rule 101,35, Respectfully moves this Honorable Court to declare him indigent and to appoint counsel to defend him on the charge Re-entry's after deportation Appeals on all events pending in this court.

### IN SUPPORT THEREOF, THE DEFENDANT STATES AS FOLLOWS:

1. As indicated in the affidavits of indigency filed herewith, Mr. Ramon Pineda is unable to afford an attorney to represent him at trial, and accordingly, request that he be declared indigent and that counsel be appointed to represent him.

2. Mr. Pineda hereby request that the United States District Court for the District of Massachusetts  be appointed to represent him on all future matters in this court with this U.S. Court of Appeals proceedings. It is including all the events on the Appeals, with his constitutional rights.

Mr Pineda requests that the U.S. District Court for the District of Massachusetts, that an attorney  can argue the issues of Motion of Ineffectiveness of Counsel pursuant 28 U.S.C. §2255, to vacate the sentence on the grounds that it was based upon a plea of guilty obtained by (trickery)

of Government Officials on violation of the defendant's constitutional rights, Defendant, requests his sixth Amendment rights to be presented in the best interest of the Justice, due to his unknowledge of the U.S. Constitution.

Wherefore, the defendant Mr. Ramon Pineda respectfully urgues this Honorable Court to declare him indigent and to appoint counsel at law to represent him on the criminal charges including this for which he stands indicted and convicted on this Re-entry to the United States after deportation proceedings events on the Appeal.

dated: 1-2-2004

Respectfully Submitted:
Ramon Pineda Salgado
Ramon Pineda Salgado-Pro-Se
A-42-476-804
3400 Concord Road
York, Pa. 17402-9007

c.c.file